1  MEGAN OLESEK (Bar No. 191218)
   megan.olesek@dlapiper.com
2
   DLA PIPER US LLP
3  2000 University Avenue
   East Palo Alto, CA 94303
4  Tel: 650.833.2000
   Fax: 650.833.2001
5
   Attorneys for Plaintiff SILICON LABS
6  INTEGRATION, INC., a California corporation
   (formerly known as Integration Associates
7  Incorporated)

FILED
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SILICON LABS INTEGRATION, INC., a
California corporation (formerly known as
Integration Associates Incorporated),

Plaintiff,

v.

SHMUEL MELMAN, an individual,

Defendant.

CASE NO. 08 04030

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following corporation has a financial interest in the subject matter in controversy or in a party to the proceeding:

   Silicon Laboratories Inc. (parent corporation of Plaintiff)

Dated: August 22, 2008

DLA PIPER US LLP

By _____
   MEGAN OLESEK
   Attorneys for Plaintiff
   SILICON LABS INTEGRATION, INC.