*E-FILED - 1/21/09*

1

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

SILICON LABS INTEGRATION, INC.,

     Plaintiff,

v.

SHMUEL MELMAN,

     Defendant.

CASE NO.  CV-08-04030 RMW

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

9

10

     Counsel report that they have met and conferred regarding ADR and have reached the

following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

11

     The parties agree to participate in the following ADR process:

12

**Court Processes:**

13

14

☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

15

16

17

18

*(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5).*

19

**Private Process:**

20

21

22

23

☒    Private ADR *(please identify process and provider)* Without prejudice to or waiver of any objections Defendant has to jurisdiction and subject to the Court's ruling on Defendant's Pending Motion to Dismiss heard on December 12, 2008, the parties hereby agree to conduct a private mediation before a single neutral mediator to be agreed upon by the parties.

24

     The parties agree to hold the ADR session by:

25

26

☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

27

☒    other requested deadline: <u>October 31, 2009</u>.

28

DLA Piper LLP (US)
East Palo Alto

WEST\21633731.1
355160-000028

-1-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
(CASE NO. 08—04030 RMW)

1    Dated: January 5, 2009                          /s/ Megan Olesek
                                                 MEGAN OLESEK
2                                                DLA Piper LLP (US)
                                                 Attorneys for Plaintiff
3

4    Dated: January 5, 2009                          /s/ Christopher Wanger
                                                 CHRISTOPHER WANGER
5                                                Manatt, Phelps & Phillips LLP
                                                 Attorneys for Defendant
6

7                            [PROPOSED] ORDER

8    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
         ☐      Non-binding Arbitration
9        ☐      Early Neutral Evaluation (ENE)
         ☐      Mediation
10       ☒      Private ADR

11   Deadline for ADR session:
         ☐      90 days from the date of this order
12       ☒      Other  October 31, 2009

13   IT IS SO ORDERED.

14
     Dated:  1/21/09                    *Ronald M. Whyte*
15                                       RONALD M. WHYTE
16                                       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21633731.1              STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
355160-000028                                            CASE NO. 08-04030 RMW