JENNIFER A. LLOYD (TX No. 24013050)
jenny.lloyd@dlapiper.com
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701
Tel.: 512.457.7000
Fax: 512.457.7001

Attorneys for *Plaintiff* SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated)

CHRISTOPHER L. WANGER (Bar No. CA 164751)
cwanger@manatt.com
AMANDA M. KNUDSEN (Bar No. CA 252752)
aknudsen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for *Defendant*
SHMUEL MELMAN

*E-FILED - 2/11/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated),<br><br>Plaintiff,<br><br>v.<br><br>SHMUEL MELMAN, an individual,<br><br>Defendant. | CASE NO. CV 08-04030-RMW<br><br>**STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**<br><br>[N.D. Local Rules 6.2 AND 7.121] |

Plaintiff Silicon Labs Integration, Inc. (hereinafter referred to as "Plaintiff") and Defendant Shmuel Melman (hereinafter to referred to as "Defendant"), by and through their respective counsel, hereby make this Stipulated Request to modify certain dates in the Scheduling Order entered in this matter on August 12, 2009 (Docket # 55).

As set forth in the accompanying Declaration of Jennifer A. Lloyd, the parties have made no prior requests for any modifications to the Scheduling Order in effect in the case. Counsel for the parties are requesting that discovery be extended an additional 60 days. The parties have conducted written discovery and exchanged documents, and have conferred regarding oral depositions. However, Defendant Melman's Motion to Dismiss Plaintiff's Second Claim for Relief (Docket # 57) is still under submission before the Court, and thus Defendant Melman has not yet filed his answer or any potential counterclaims.

Thus, the parties seek to extend the discovery deadline for a period of 60 days from the original date of February 1, 2010 to a proposed deadline of **April 2, 2010**.

Additionally, the parties seek to extend the following deadlines:

The parties have agreed to ADR Local Rule 3-4(b) to conduct a private mediation before a single neutral mediator acceptable to both parties with the cost of the mediation to be borne equally by the parties. The parties have agreed to extend this deadline from the original date of 120 days after the date of the Scheduling Order filed on August 12, 2009 to **April 2, 2010**.

The parties have agreed to extend the deadline to make their initial disclosures of testifying experts and serve on all other parties the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) from the original date of February 26, 2010 to **April 27, 2010**. The parties have agreed to extend the deadline to make their disclosures of rebuttal testifying experts and serve on all other parties the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) from the original date of March 31, 2010 to **May 18, 2010**.

The parties have agreed to extend the deadline to complete expert witness discovery from the original date of April 16, 2010 to **May 31, 2010**

The deadlines for final pretrial conference of **June 3, 2010** and trial on **June 21, 2010** are unaffected. This Stipulation is without prejudice to the parties' right to seek further modification of the Scheduling Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 29, 2010  MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Christopher L. Wanger
Christopher L. Wanger
*Attorneys for Defendant,*
SHMUEL MELMAN

Dated: January 29, 2010  DLA PIPER LLP (US)

By: /s/ Jennifer A. Lloyd
Jennifer A. Lloyd
*Attorneys for Plaintiff,*
SILICON LABS INTEGRATION, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/9 , 2010

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge