**E-FILED on**    4/1/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABS INTEGRATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SHMUEL MELMAN,<br><br>    Defendant. | No. C-08-04030 RMW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DEFENDANT'S MOTION TO STRIKE SECOND AMENDED COMPLAINT AS MOOT<br><br>**[Re Docket Nos. 62, 86]** |

On September 28, 2009, plaintiff Silicon Labs Integration, Inc. ("Silicon Labs") filed a motion for leave to file a Second Amended Complaint ("SAC") and concurrently filed the SAC. On March 22, 2010, defendant Shmuel Melman ("Melman") filed a motion to strike plaintiff's SAC for failure to obtain leave of court or Melman's written consent as required under Fed. R. Civ. Proc. 15. On March 30, 2010, Silicon Labs filed a notice of withdrawal of the SAC. Pursuant to this withdrawal, the court denies Silicon Labs' motion for leave to file the SAC and Melman's motion to strike the SAC as moot.

DATED:     4/1/10

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Helen Scharf Rakove | hsr@hogefenton.com |
| Jennifer Anne Lloyd | jenny.lloyd@dlapiper.com |
| Shella Deen | sd@hogefenton.com |
| William J. Frimel | bill@hsfllp.com |

**Counsel for Defendant:**

| | |
|---|---|
| Amanda Marie Knudsen | aknudsen@manatt.com |
| Christopher L. Wanger | cwanger@manatt.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 4/1/10               CCL
                                **Chambers of Judge Whyte**

---

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DEFENDANT'S MOTION TO STRIKE SECOND AMENDED COMPLAINT AS MOOT—No. C-08-04030 RMW
CCL                                                             2