1  SHELLA DEEN -- BAR NO. 149735
   HELEN S. RAKOVE -- BAR NO. 104803
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
4  Phone: (408) 287-9501
   Fax:  (408) 287-2583
5
   Attorneys for Plaintiff
6  SILICON LABS INTEGRATION, INC.,
   a California corporation (formerly known
7  as Integration Associates Incorporated)
8  CHRISTOPHER L. WANGER – BAR NO. 164751
9  AMANDA M. KNUDSEN – BAR NO. 252752
   MANATT, PHELPS & PHILLIPS, LLP
10 One Embarcadero Center, 30th Floor
   San Francisco, CA  94111
11 Phone: (415) 291-7400
   Fax:  (415) 291-7474
12
13 Attorneys for Defendant
   SHMUEL MELMAN

*E-FILED - 4/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated),<br><br>             Plaintiff,<br><br>       vs.<br><br>SHMUEL MELMAN, an individual,<br><br>             Defendant. | No. C08-04030<br><br>STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>[NORTHERN DISTRICT LOCAL RULES 6.2 AND 7.12] |

Plaintiff Silicon Labs Integration, Inc. (hereinafter referred to as "Plaintiff') and

Defendant Shmuel Melman (hereinafter to referred to as "Defendant"), by and through their

-1-

-2-

respective counsel, hereby make this Stipulated Request to modify certain dates in the Scheduling Orders entered in this matter on August 12, 2009 (Docket # 55) and February 9, 2010 (Docket # 79) due to Defendant's medical condition as set forth in the accompanying declaration of Christopher L. Wanger.

Defendant has represented that Mr. Melman has a medical condition which has prevented his deposition taking place, prevented Mr. Melman from further responding to discovery and participating in a mediation. Counsel for the parties are requesting that all pre-trial deadlines be extended an additional 30 days. The parties have conducted written discovery and exchanged documents, and have conferred regarding oral depositions. However, Defendant Melman's medical condition is still uncertain, and Melman's counsel anticipates that his prognosis will be ascertained shortly.

Thus, the parties seek to extend the forthcoming pre-trial deadlines for a period of 30 days as follows:

Discovery deadline for a further period of 30 days to **May 3, 2010**.

The parties have agreed to ADR Local Rule 3-4(b) to conduct a private mediation before a single neutral mediator acceptable to both parties with the cost of the mediation to be borne equally by the parties. The parties have agreed to extend this deadline from April 2, 2010 to **May 3, 2010**.

The filing date for dispositive motions shall be **May 3, 2010**.

The parties have agreed to extend the deadline to make their initial disclosures of testifying experts and serve on all other parties the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) from April 27, 2010 to **May 24, 2010**. The parties have agreed to extend the deadline to make their disclosures of rebuttal testifying experts and serve on all other parties the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) from May 18, 2010 to **May 31, 2010**.

The parties have agreed to extend the deadline to complete expert witness discovery from May 31, 2010 to **June 4, 2010.**

1  The hearing date for dispositive motions shall be **June 11, 2010.** The court vacates
2  the final pretrial conference and trial dates and will reschedule the pretrial conference and
3  trial on June 11, 2010. This Stipulation is without prejudice to the parties' right to seek
4  further modification of the Scheduling Order.
5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7  Dated:  April 15, 2010                    MANATT, PHELPS & PHILLIPS, LLP

                                             By:   /s/ Christopher L. Wanger
                                                   Christopher L. Wanger
                                                   Attorneys for Defendant,
                                                   SHMUEL MELMAN

12 Dated: April 15, 2010                     HOGE FENTON JONES & APPEL, Inc.

                                             By:   /s/ Shella Deen
                                                   Shella Deen
                                                   Attorneys for Plaintiff,
                                                   SILICON LABS INTEGRATION, INC.

                                   **ORDER**

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 Dated:  April 21, 2010                    *Ronald M. Whyte*
                                             _____
                                             The Honorable Ronald M. Whyte
                                             United States District Judge

-3-
STIPULATED REQUEST TO MODIFY SCHEDULING ORDER
\\HFJAFS\NDrive\82174\Ple\560317.doc