| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | CHRISTOPHER L. WANGER (Bar No. CA 164751) |
| 2 | E-mail:  CWanger@manatt.com |
| | AMANDA M. KNUDSEN (Bar No. CA 252752) |
| 3 | E-mail:  AKnudsen@manatt.com |
| | One Embarcadero Center, 30th Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 291-7400 |
| 5 | Facsimile:  (415) 291-7474 |
| 6 | Attorneys for Defendant and Counter-Claimant |
| | SHMUEL MELMAN, an individual |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated),<br><br>Plaintiff,<br><br>vs.<br><br>SHMUEL MELMAN, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | No.  CV 0804030-RMW<br><br>**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Civil Local Rule 11-5, the law offices of Manatt, Phelps and Phillips, LLP and counsel of record, Christopher L. Wanger, Christopher D. LeGras and Amanda M. Knudsen, hereby request to withdraw as counsel of record for Defendant and Counterclaimant, Shmuel Melman, in the above-captioned matter.  Charles B. Manuel, Jr. of Manuel & Associates, LLP and Richard B. Vaught of the law offices of Richard B. Vaught hereby request to substitute in place as Melman's counsel of record.  Concurrently with this request, Mr. Manuel is filing a separate application to appear *pro hac vice* in this matter.

Mr. Manuel's and Mr. Vaught's contact information is as follows:

1  Charles B. Manuel, Jr., N.Y. SBN: 1016237
   MANUEL & ASSOCIATES, LLP
2  One Penn Plaza, Suite 2527
   New York, New York 10119
3  T: (212) 792-0044
4  F: (212) 792-0043

5  Richard B. Vaught, Esq. (SBN: 112155)
   LAW OFFICES OF RICHARD B. VAUGHT
6  111 West Saint John Street, Suite 500
   San Jose, California 95113
7  T: (408) 275-8523
   F: (408) 288-5191
8

9      Melman consents to this withdrawal and substitution.

10     Melman's counsel notified Shella Deen, counsel for Plaintiff, Silicon Labs Integration,

11 Inc., on Monday, April 26, 2010 of the withdrawal and substitution of counsel.

12
   Dated: May 6, 2010            MANATT, PHELPS & PHILLIPS, LLP
13

14
                                 By:  /s/ Christopher L. Wanger
15                                    Christopher L. Wanger

16 Dated: April 28, 2010         MANUEL & ASSOCIATES, LLP

17

18
                                 By:  /s/ Charles B. Manuel, Jr.
19                                    Charles B. Manuel, Jr., Esq.
                                      *Attorneys for Defendant and Counter-Claimant*
20                                    SHMUEL MELMAN, an individual
                                 *Filer's Attestation: Pursuant to General Order No. 45,*
21                               *Section X(B) regarding signatures, Christopher L.*
                                 *Wanger hereby attests that concurrence in the filing of the*
22                               *document has been obtained*

23

24

25

26

27

28

    2    ORDER ON WITHDRAWAL
           AND SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | Dated: April 28, 2010 | LAW OFFICES OF RICHARD B. VAUGHT |

By:  /s/ Richard B. Vaught
　　　Richard B. Vaught, Esq
　　　*Attorneys for Defendant and Counter-Claimant*
　　　SHMUEL MELMAN, an individual

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of the document has been obtained*

Dated: May 4, 2010　　　　I, Shmuel Melman, hereby consent to the withdrawal and substitution of counsel.

By:  /s/ Shmuel Melman
　　　Shmuel Melman

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of the document has been obtained*

## ORDER

The Court, having considered the Request for an Order Permitting Withdrawal and Substitution of Counsel submitted by Defendant and Counterclaimant, Shmuel Melman, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Melman's request to substitute Charles B. Manuel, Jr. and Richard B. Vaught as attorneys of record in place of Christopher L. Wanger, Christopher D. LeGras, and Amanda M. Knudsen of Manatt, Phelps, & Phillips, LLP is GRANTED.

Dated:  May 7, 2010　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　Hon. Ronald M. Whyte
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE