**E-FILED on** 9/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated),<br><br>Plaintiff,<br><br>v.<br><br>SHMUEL MELMAN,<br><br>Defendant. | No. C-08-04030 RMW<br><br>ORDER AFTER CASE MANAGEMENT CONFERENCE<br><br>**[Re Docket No. 110]** |

On July 2, 2010, this case came on for hearing of a regularly scheduled Case Management Conference. Plaintiff Silicon Labs Integration, Inc. ("SLI") appeared by and through their counsel Shella Deen. Defendant Shmuel Melman ("Melman") appeared by and through his counsel Richard Vaught (in person) and Charles Manuel, Jr. (telephonically).

At the conference it was ordered that:

1. The following trial schedule:

    Jury Trial – January 24, 2011 at 1:30 PM

    Pretrial Conference – January 13, 2011 at 2:00 PM

    Joint Pretrial Statement due January 7, 2011

    Last Day to Hear Dispositive Motions – December 17, 2010

    Designation of Rebuttal Experts – November 8, 2010

    Designation of Initial Experts – October 29, 2010

ORDER AFTER CASE MANAGEMENT CONFERENCE—No. C-08-04030 RMW
CCL

Completion of Mediation – October 29, 2010

Completion of Fact Discovery – October 25, 2010

2. The parties are limited to 5 depositions per side.

3. The parties may stipulate to propound additional discovery.

4. SLI agreed to Melman's request to continue the trial date to January 24, 2011, and Melman is ordered not to use this continuation of scheduling dates to attempt to lift the stay of the Israeli action (*Melman v. Integration Associates*, Central District Court, Israel, Case No. C.A.3989-09/08) to allow the Israeli action to proceed to trial prior to the action pending in this court.

DATED:     9/3/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER AFTER CASE MANAGEMENT CONFERENCE—No. C-08-04030 RMW
CCL                                     2