**E-FILED on** 12/3/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> SHMUEL MELMAN, <br><br>    Defendants. | No. CV 08-04030    RMW <br><br> ORDER DENYING REQUEST TO SEAL <br><br> **[Re Docket No.134]** |

Plaintiff and counterdefendant Silicon Labs Integration, Inc. requests an order to file its motion for summary judgment and all moving papers filed therewith, except the declaration of Catosha L. Woods, under seal. The court will not entertain a blanket request to seal entire documents, including an entire memorandum of points and authorities. Silicon Labs Integration, Inc. must resubmit the documents it wishes to file under seal, indicating which specific portions of those documents must be redacted in order to protect confidential or trade secret information.

DATED: 12/3/2010

RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST TO SEAL—No. CV 08-04030    RMW
MEC