1 | SHELLA DEEN -- BAR NO. 149735
2 | HELEN S. RAKOVE -- BAR NO. 104803
  | CATOSHA L. WOODS -- BAR NO. 228640
3 | CRYSTAL N. RIGGINS – BAR NO. 264671
  | HOGE, FENTON, JONES & APPEL, INC.
4 | Sixty South Market Street, Suite 1400
  | San Jose, California 95113-2396
5 | Phone: (408) 287-9501
  | Fax:  (408) 287-2583

Attorneys for Plaintiff and
Counterdefendant
SILICON LABS INTEGRATION, INC., a
California corporation (formerly known
as Integration Associates Incorporated)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated), <br><br> Plaintiff, <br><br> vs. <br><br> SHMUEL MELMAN, an individual, <br><br> Defendant. <br><br> AND RELATED COUNTER CLAIM | No. CV 08-04030-RMW <br><br> [PROPOSED] ORDER GRANTING SILICON LABS INTEGRATION, INC.'S AMENDED ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 |

Plaintiff and Counterdefendant SILICON LABS INTEGRATION, INC.'s ("SLI") Amended Administrative Request to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5 having been fully considered,

**IT IS HEREBY ORDERED THAT:**

SLI's Amended Administrative Request to Seal Portion's of SLI's Motion for Summary Judgment, namely portions of its moving and reply papers, including:  1) Memorandum of Points and Authorities in Support of Motion for Summary Judgment or in the Alternative Summary Adjudication, 2) Declaration of Brad Fluke in Support of Motion

-1-

[PROPOSED] ORDER GRANTING SILICON LABS INTEGRATION, INC.'S ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS
\\HFJAFS\NDrive\82174\Motions\664752.doc

1 for Summary Judgment or in the Alternative Summary Adjudication, 3) Declaration of
2 Meredith Roy in Support of Motion for Summary Judgment or in the Alternative Summary
3 Adjudication; 4) Reply in Support of Motion for Summary Judgment or in the Alternative
4 Summary Adjudication; 5) Declaration of Shella Deen in Support of Motion for Summary
5 Judgment or in the Alternative Summary Adjudication; and 6) excerpts of Defendant
6 Shmuel Melman's deposition transcripts of November 30, 2010 and December 1, 2010,
7 labeled "Subject to the Protective Order," is GRANTED. The clerk of the Court shall file
8 said portions of SLI's moving and reply papers in Support of Motion for Summary
9 Judgment under seal and for the Court's *in camera* review.

DATED: 12/22/2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING SILICON LABS INTEGRATION, INC.'S ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS
\\HFJAFS\NDrive\82174\Motions\664752.doc