SHELLA DEEN -- BAR NO. 149735
HELEN S. RAKOVE -- BAR NO. 104803
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583                           *E-FILED - 4/15/11*

Attorneys for Plaintiff and Counterdefendant
SILICON LABS INTEGRATION, INC.,
a California corporation (formerly known
as Integration Associates Incorporated)

CHARLES B. MANUEL, JR. – NEW YORK BAR NO. 1016237
Manuel & Associates
One Penn Plaza, Suite 2527
New York, New York  10119
Phone: (212) 792-0044
Fax:  (212) 792-0043
(admitted *pro hac vice*)

RICHARD B. VAUGHT – BAR NO.  112155
Law Offices of Richard B. Vaught
111 West St. John Street, Suite 500
San Jose, CA  95113
Phone:  (408) 275-8523
Fax: (408) 288-5191

Attorneys for Defendant and Counterclaimant
SHMUEL MELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABS INTEGRATION, INC., a California corporation (formerly known as Integration Associates Incorporated), | No. C-08-04030-RMW |
| Plaintiff, | STIPULATED REQUEST AND ORDER TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND COUNTERCLAIMANTS COUNTERCLAIM |
| vs. | |
| SHMUEL MELMAN, an individual, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

STIPULATED REQUEST AND  ORDER TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
AND COUNTERCLAIMANTS COUNTERCLAIM
\\HFJAFS\NDrive\82174\Ple\734260.doc

1    Plaintiff and Counterdefendant Silicon Labs Integration, Inc. (hereinafter referred to

2  as "Plaintiff") and Defendant and Counterclaimant Shmuel Melman (hereinafter to referred

3  to as "Defendant"), by and through their respective counsel, hereby make this Stipulated

4  Request to dismiss Plaintiff's Amended Complaint (Document #51) and Defendant's

5  Counterclaim (Document # 93).

6    Plaintiff and Defendant have entered into a confidential settlement and have agreed

7  that Plaintiff will dismiss its Amended Complaint and that Defendant will dismiss his

8  Counterclaim.

9    This action will be dismissed in its entirety for all causes of action and against all

10  parties, with each party to bear its own fees and costs.

11    The case management conference set for May 20, 2011 will be vacated.

12    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

13

14  DATED:  April 7, 2011                          /s/

15                                        SHELLA DEEN
                                          Attorneys for Plaintiff/Counterdefendant

16

17  DATED:  April 7, 2011                          /s/

18                                        RICHARD B. VAUGHT
                                          Attorneys for Defendant/Counterclaimant

19    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

20

21  DATED:  ____4/15/11____                    *Ronald M. Whyte*

22                                        Hon. Ronald M. Whyte
                                          United States District Judge

23

24

25

26

27

28
                                          -2-